1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

CARPENTERS HEALTH AND SECURITY
TRUST OF WESTERN WASHINGTON;
CARPENTERS RETIREMENT TRUST OF
WESTERN WASHINGTON; CARPENTERS-
EMPLOYERS VACATION TRUST OF
WESTERN WASHINGTON; CARPENTERS
OF WESTERN WASHINGTON INDIVIDUAL
ACCOUNT PENSION TRUST; AND
CARPENTERS-EMPLOYERS
APPRENTICESHIP AND TRAINING TRUST
FUND OF WASHINGTON-IDAHO,

Plaintiffs,

v.

HUYLAR CONSTRUCTION CO., INC., a
Washington corporation; and RON HUYLAR,
an individual,

Defendants.

Case No. 2:19-cv-01144 RSL

ORDER ON THE CARPENTERS
TRUSTS' MOTION FOR ENTRY OF
DEFAULT JUDGMENT AGAINST
ALL DEFENDANTS

This matter is before the Court on the motion of Plaintiffs, commonly known as the

Carpenters Trusts of Western Washington, for entry of default judgment against Defendants

Huylar Construction Co., Inc. ("Huylar Construction") and Ron Huylar. The Court has

considered the motion, supporting papers with exhibits, as well as the pleadings, court files,

and records in this matter.

ORDER – 1
2:19-cv-01144 RSL

1700 004 vb021903

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

The Court, being otherwise generally advised, ORDERS:

1. The Carpenters Trusts' motion for entry of default judgment is GRANTED;

2. The Court finds that Defendant Huylar Construction is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that Defendant Huylar Construction is liable to the Carpenters Trusts for $177,260.11, consisting of $129,239.63 in fringe benefit contributions, $29,706.71 in liquidated damages, and $18,313.77 in accrued, prejudgment interest for the period for the period July 1, 2017 through September 30, 2019;

4. The Court finds that Defendant Huylar Construction is liable to the Carpenters Trusts for $15,809.50 in attorney fees under 29 U.S.C §1132(g)(2)(D), and $606.00 in costs directly related to this action;

5. The Court finds that Defendant Ron Huylar has joint and several liability under ERISA and under Washington law for $15,757.41 of the above amounts owed by Huylar Construction, consisting of $4,399.00 in vacation pay, $1,040.00 in 401(k) contributions, and $10,318.41 in union dues withheld from employee paychecks, but not remitted to the Carpenters Trusts;

6. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2); and

7. The Clerk of Court is directed to enter judgment against Defendants Huylar Construction Co., Inc. and Ron Huylar consistent with this order.


Dated this 10th day of March, 2020.


*MNT S Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER – 2
2:19-cv-01144 RSL

1700 004 vb021903

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900